E-FILED
Tuesday, 11 August, 2026  08:42:49 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

JEANNIE M. B.,

    *Plaintiff,*

v.

FRANK BISIGNANO, Commissioner of
Social Security,

    *Defendant.*

Case No. 2:25-cv-02276-RLH

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment shall be entered in favor of Plaintiff. Upon receipt of the Court's order, the Appeals Council will: offer Plaintiff the opportunity for an additional hearing; proceed through the sequential disability evaluation process, including further considering the medical source assessments, as appropriate; and issue a new decision.

*So ordered.*

2

Entered this 10th day of August 2026.

s/ Ronald L. Hanna

Ronald L. Hanna
United States Magistrate Judge